# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PENNY NIELSEN,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 5:19-CV-725-CLS |
| **ALABAMA A & M UNIVERSITY,** *et al.* | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the pleadings, it is ORDERED that defendants' motion to dismiss (doc. no. 13) is GRANTED in part and DENIED in part.

Plaintiff's claims against the individual members of the Board of Trustees of Alabama A & M University — *i.e.*, Kay Ivey, Jerome Williams, Chris Robinson, Kevin Ball, Scherrie Banks, Tiffany Johnson Cole, Nichelle Gainey, John Hackett, Jr., Ginger Harper, Perry Jones, Roderick DeWayne Watts, Frank Williams, and Jeannette Jones, in their official capacities — are DISMISSED with prejudice.[1]

The motion to dismiss is otherwise DENIED, and it is ORDERED that the remaining defendants file an answer on or before February 19, 2020.

---

[1] Alabama A & M University was terminated as a party defendant on June 25, 2019, pursuant to plaintiff's amended complaint filed on the same date.  *See* doc. nos. 10, 11, and 12.

**DONE** and **ORDERED** this 30th day of January, 2020.

							 _____
							 United States District Judge